IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | Cr. No. 6:17-00934-HMH |
| | ) | |
| vs. | ) | |
| | ) | **OPINION & ORDER** |
| Peggy Shelton McCarson, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on remand from the United States Court of Appeals for the Fourth Circuit for further consideration of Defendant Peggy Shelton McCarson's motion for compassionate release. In the remand order, the Fourth Circuit stated that

> [t]he district court considered McCarson's claim that she was eligible for compassionate release based on her diagnosis of chronic lymphocytic leukemia ("CLL"), but it did not consider her claim that she was eligible for compassionate release because her CLL and the failure of her custodial facility to effectively quarantine its inmates increased her susceptibility to COVID-19.

United States v. McCarson, No. 20-690 (4th Cir. Aug. 27, 2020) (unpublished). The court orders the Government to respond to the issue of McCarson's alleged increased susceptibility to COVID-19 due to the "failure of [the] custodial facility to effectively quarantine its inmates." Id. Therefore, the Government is ordered to file a response by September 15, 2020.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

August 28, 2020
Greenville, South Carolina